IN THE CIRCUIT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY

JACQUELINE SANTIESTEBAN      *
12 Alpen Green Court          *
Burtonsville, MD 20866        *
                              *
    and                       *
                              *
JACOB HYLTON                  *
14616 Almanac Drive           *
Burtonsville, MD 20866        *
                              *
    Plaintiffs,               *
                              *
vs.                           *     Case No. CAL22- 23180
                              *
LEAFGUARD HOLDINGS, LLC       *
1200 Amboy Avenue             *
Perth Amboy, NJ 08861         *
                              *
    *Serve: Registered Agent* *
    Registered Agent Solutions, Inc.  *
    8007 Baileys Lane         *
    Pasadena, MD 21122        *
                              *
XLG OF MARYLAND, INC.,        *
Formerly Known As             *
LEAFGUARD OF MARYLAND, INC.   *
15121 Marlboro Pike           *
Upper Marlboro, MD 20772      *
                              *
    *Serve: Registered Agent* *
    Corporate Creations Network, Inc.  *
    2 Wisconsin Circle #200   *
    Chevy Chase, MD 20815     *
                              *
    Defendant                 *

*(Clerk of the Circuit Court stamp: 2022 AUG 12 PM 1:59 PR GEO CO MD #60)*

### COMPLAINT

**COME NOW** the Plaintiffs, Jacqueline Santiesteban (hereinafter "Plaintiff Santiesteban") and Jacob Hylton (hereinafter "Plaintiff Hylton") (hereinafter collectively, "Plaintiffs"), by and through their attorneys, Bulman, Dunie, Burke & Feld, Chartered,

**BULMAN, DUNIE, BURKE & FELD**
CHARTERED
ATTORNEYS AT LAW
4610 ELM STREET
BETHESDA, MD 20815

(301) 656-1177
FAX (301) 986-9719
www.bulmandunie.com

1

Ex C

Daniel S. Shaivitz, Esquire, and Elizabeth L. Farley, Esquire, and sue the Defendants,

LeafGuard Holdings, LLC and XLG of Maryland, Inc. f/k/a LeafGuard of Maryland, Inc.

(hereinafter collectively, "Defendants"), and for their cause of action state as follows:

### Facts Common to All Counts

1.     That on or about July 27, 2021, Plaintiff Santiesteban was lawfully operating

a motor vehicle on Interstate 95 South at or near Exit 29 in Prince George's County,

Maryland.  Plaintiff Hylton was a passenger in Plaintiff Santiesteban's vehicle.

2.     While the Plaintiffs' vehicles was lawfully proceeding on I95 South, a vehicle

owned by Defendants and operated by an unknown and unidentified driver who was the

employee, agent, and/or servant of the Defendants acting with the course and scope of his

employment with the Defendants failed to pay full time and attention and merged into

Plaintiffs' lane and struck Plaintiffs' vehicle on the right side. The Defendants, by and

through their unknown and unidentified driver, negligently operated their vehicle by failing

to keep a proper lookout, failing to control their speed, and failing to avoid a collision,

resulting in the Plaintiffs' vehicle being struck, thereby causing both Plaintiffs serious and

severe injuries.

3.     It was the duty of Defendants, by and through their unknown and unidentified

driver, to operate their vehicle in a careful and prudent manner with due regard for other

users of the road. Notwithstanding that duty and in breach thereof, Defendants, by and

through their unknown and unidentified driver, operated their vehicle in a negligent and

careless manner and in violation of the motor vehicle laws of Maryland and Prince George's

County then and there in full force and effect, by failing to keep a proper lookout, by

operating their respective vehicles in a careless and negligent manner, by failing to exercise

2

reasonable due care for the safety of other users of the road in general and the Plaintiffs in particular, by failing to take necessary precautions to avoid colliding, by failing to slow for the traffic conditions, and by failing to control their respective vehicles to avoid a collision.

4.     As a direct result of the negligence of Defendants, as aforesaid, Defendants' vehicle struck Plaintiffs' vehicle. The entire collision was due to the negligence of Defendants without any negligence on the part of the Plaintiffs thereto contributing.

5.     As a proximate result of the negligence of Defendants, as aforesaid, Plaintiffs sustained serious and severe injuries in and about their body and limbs, as well as other personal injuries; they have suffered and in the future will suffer pain, anxiety, and mental anguish; they have incurred and in the future will incur expenses for hospital, medical care, and medicines and associated items; they have been and in the future may be unable to pursue their usual and normal employment and activities.

## COUNT I

### Negligence Claim on Behalf of Plaintiff Santiesteban vs. Defendants

6.     Paragraphs 1 – 5 are incorporated in Count I as if fully set forth herein.

7.     Plaintiff Santiesteban realleges that the negligence of Defendants, as aforesaid, was the sole and proximate cause of her injuries sustained without any negligence on her part thereto contributing.

8.     As a proximate result of the negligence of Defendants, as aforesaid, Plaintiff Santiesteban sustained severe and painful injuries in and about her body and limbs, as well as other personal injuries; she has suffered and in the future will suffer pain, anxiety, and mental anguish; and she has incurred and in the future will incur expenses for hospital, medical care and medicines, and associated items. Plaintiff Santiesteban has been and in the

3

future may be unable to pursue her usual and normal employment and activities.

WHEREFORE, the premises considered, Plaintiff Santiesteban demands judgment against the Defendants, jointly and severally, in an amount to be determined at trial in excess of Seventy-Five Thousand Dollars ($75,000.00), plus interests and costs.

## COUNT II

### Negligence Claim on Behalf of Plaintiff Hylton vs. Defendants

9.      Paragraphs 1-5 are incorporated in Count II as if fully set forth herein.

10.     Plaintiff Hylton realleges that the negligence of Defendants, as aforesaid, was the sole and proximate cause of his injuries sustained without any negligence on his part thereto contributing.

11.     As a proximate result of the negligence of Defendants, as aforesaid, Plaintiff Hylton sustained severe and painful injuries in and about his body and limbs, as well as other personal injuries; he has suffered and in the future will suffer pain, anxiety, and mental anguish; and he has incurred and in the future will incur expenses for hospital, medical care and medicines, and associated items. Plaintiff Hylton has been and in the future may be unable to pursue her usual and normal employment and activities.

WHEREFORE, the premises considered, Plaintiff Hylton demands judgment against the Defendants, jointly and severally, in an amount to be determined at trial in excess of Seventy-Five Thousand Dollars ($75,000.00), plus interests and costs.

4

Respectfully submitted,

**BULMAN, DUNIE, BURKE & FELD, CHTD**

By:_____

    DANIEL S. SHAIVITZ, ESQ. #0412150281
MEGAN N. ROSAN, ESQ. #0612130168
ELIZABETH FARLEY, ESQ. #2012170211
Attorneys for Plaintiff
4610 Elm Street
Bethesda, MD 20815-6051
Phone (301) 656-1177
Fax (301) 986-9719
dshaivitz@bulmandunie.com
mrosan@bulmandunie.com
lfarley@bulmandunie.com

5

IN THE CIRCUIT COURT FOR Prince George's County
(City or County)

## CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

### DIRECTIONS

*Plaintiff*: This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).

*Defendant*: You must file an Information Report as required by Rule 2-323(h).

*THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING*

FORM FILED BY: ☒PLAINTIFF ☐DEFENDANT     CASE NUMBER _CAL 22 - 23810_
(Clerk to insert)

CASE NAME: Santiesteban, et al. _____ vs. __Leafguard Holdings, LLC, et al__
               Plaintiff                                    Defendant

PARTY'S NAME: Jacqueline Santiesteban          PHONE: 301-356-6327

PARTY'S ADDRESS: 12 Alpen Green Court, Burtonsville, MD 20866

PARTY'S E-MAIL: jbsantie@gmail.com

If represented by an attorney:

PARTY'S ATTORNEY'S NAME: Daniel Shaivitz & Elizabeth Farley   PHONE: 301-565-1177

PARTY'S ATTORNEY'S ADDRESS: 4610 Elm Street, Bethesda, MD 20815

PARTY'S ATTORNEY'S E-MAIL: dshaivitz@bulmandunie.com & lfarley@bulmandunie.com

JURY DEMAND? ☐Yes ☐No

RELATED CASE PENDING? ☐Yes ☒No  If yes, Case #(s), if known:_____

ANTICIPATED LENGTH OF TRIAL?: _____ hours __2__ days

### PLEADING TYPE

New Case: ☒Original     ☐Administrative Appeal   ☐Appeal
Existing Case: ☐Post-Judgment   ☐Amendment
*If filing in an existing case, skip Case Category/ Subcategory section - go to Relief section.*

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (*Check one box.*)

| TORTS | | PUBLIC LAW | ☐ Constructive Trust |
|---|---|---|---|
| ☐ Asbestos | ☐ Government | ☐ Attorney Grievance | ☐ Contempt |
| ☐ Assault and Battery | ☐ Insurance | ☐ Bond Forfeiture Remission | ☐ Deposition Notice |
| ☐ Business and Commercial | ☐ Product Liability | ☐ Civil Rights | ☐ Dist Ct Mtn Appeal |
| ☐ Conspiracy | **PROPERTY** | ☐ County/Mncpl Code/Ord | ☐ Financial |
| ☐ Conversion | ☐ Adverse Possession | ☐ Election Law | ☐ Grand Jury/Petit Jury |
| ☐ Defamation | ☐ Breach of Lease | ☐ Eminent Domain/Condemn. | ☐ Miscellaneous |
| ☐ False Arrest/Imprisonment | ☐ Detinue | ☐ Environment | ☐ Perpetuate Testimony/Evidence |
| ☐ Fraud | ☐ Distress/Distrain | ☐ Error Coram Nobis | ☐ Prod. of Documents Req. |
| ☐ Lead Paint - DOB of | ☐ Ejectment | ☐ Habeas Corpus | ☐ Receivership |
| Youngest Plt: _____ | ☐ Forcible Entry/Detainer | ☐ Mandamus | ☐ Sentence Transfer |
| ☐ Loss of Consortium | ☐ Foreclosure | ☐ Prisoner Rights | ☐ Set Aside Deed |
| ☐ Malicious Prosecution | ☐ Commercial | ☐ Public Info. Act Records | ☐ Special Adm. - Atty |
| ☐ Malpractice-Medical | ☐ Residential | ☐ Quarantine/Isolation | ☐ Subpoena Issue/Quash |
| ☐ Malpractice-Professional | ☐ Currency or Vehicle | ☐ Writ of Certiorari | ☐ Trust Established |
| ☐ Misrepresentation | ☐ Deed of Trust | | ☐ Trustee Substitution/Removal |
| ☒ Motor Tort | ☐ Land Installments | **EMPLOYMENT** | ☐ Witness Appearance-Compel |
| ☒ Negligence | ☐ Lien | ☐ ADA | **PEACE ORDER** |
| ☐ Nuisance | ☐ Mortgage | ☐ Conspiracy | ☐ Peace Order |
| ☐ Premises Liability | ☐ Right of Redemption | ☐ EEO/HR | **EQUITY** |
| ☐ Product Liability | ☐ Statement Condo | ☐ FLSA | ☐ Declaratory Judgment |
| ☐ Specific Performance | ☐ Forfeiture of Property / | ☐ FMLA | ☐ Equitable Relief |
| ☐ Toxic Tort | Personal Item | ☐ Workers' Compensation | ☐ Injunctive Relief |
| ☐ Trespass | ☐ Fraudulent Conveyance | ☐ Wrongful Termination | ☐ Mandamus |
| ☐ Wrongful Death | ☐ Landlord-Tenant | | **OTHER** |
| **CONTRACT** | ☐ Lis Pendens | **INDEPENDENT** | ☐ Accounting |
| ☐ Asbestos | ☐ Mechanic's Lien | **PROCEEDINGS** | ☐ Friendly Suit |
| ☐ Breach | ☐ Ownership | ☐ Assumption of Jurisdiction | ☐ Grantor in Possession |
| ☐ Business and Commercial | ☐ Partition/Sale in Lieu | ☐ Authorized Sale | ☐ Maryland Insurance Administration |
| ☐ Confessed Judgment | ☐ Quiet Title | ☐ Attorney Appointment | ☐ Miscellaneous |
| (Cont'd) | ☐ Rent Escrow | ☐ Body Attachment Issuance | ☐ Specific Transaction |
| ☐ Construction | ☐ Return of Seized Property | ☐ Commission Issuance | ☐ Structured Settlements |
| ☐ Debt | ☐ Right of Redemption | | |
| ☐ Fraud | ☐ Tenant Holding Over | | |

**CC-DCM-002** (Rev. 04/2017)                     Page 1 of 3

## IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)

☐ Abatement
☐ Administrative Action
☐ Appointment of Receiver
☐ Arbitration
☐ Asset Determination
☐ Attachment b/f Judgment
☐ Cease & Desist Order
☐ Condemn Bldg
☐ Contempt
☐ Court Costs/Fees
☒ Damages-Compensatory
☐ Damages-Punitive

☐ Earnings Withholding
☐ Enrollment
☐ Expungement
☐ Findings of Fact
☐ Foreclosure
☐ Injunction
☐ Judgment-Affidavit
☐ Judgment-Attorney Fees
☐ Judgment-Confessed
☐ Judgment-Consent
☐ Judgment-Declaratory
☐ Judgment-Default

☐ Judgment-Interest
☐ Judgment-Summary
☒ Liability
☐ Oral Examination
☐ Order
☐ Ownership of Property
☐ Partition of Property
☐ Peace Order
☐ Possession
☐ Production of Records
☐ Quarantine/Isolation Order
☐ Reinstatement of Employment

☐ Return of Property
☐ Sale of Property
☐ Specific Performance
☐ Writ-Error Coram Nobis
☐ Writ-Execution
☐ Writ-Garnish Property
☐ Writ-Garnish Wages
☐ Writ-Habeas Corpus
☐ Writ-Mandamus
☐ Writ-Possession

*If you indicated **Liability** above,* mark one of the following. This information is not an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.   ☒ Liability is not conceded, but is not seriously in dispute.   ☐ Liability is seriously in dispute.

## MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

☐ Under $10,000      ☐ $10,000 - $30,000      ☒ $30,000 - $100,000      ☐ Over $100,000

☐ Medical Bills $_____      ☐ Wage Loss $_____      ☐ Property Damages $_____

## ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)

A. Mediation      ☒ Yes   ☐ No          C. Settlement Conference   ☒ Yes   ☐ No
B. Arbitration    ☒ Yes   ☐ No          D. Neutral Evaluation       ☐ Yes   ☒ No

## SPECIAL REQUIREMENTS

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

## ESTIMATED LENGTH OF TRIAL

*With the exception of Baltimore County and Baltimore City, please fill in the estimated **LENGTH OF TRIAL**. (Case will be tracked accordingly)*

☐ 1/2 day of trial or less          ☐ 3 days of trial time

☐ 1 day of trial time               ☐ More than 3 days of trial time

☒ 2 days of trial time

## BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited**- Trial within 7 months of Defendant's response          ☐ **Standard** - Trial within 18 months of Defendant's response

EMERGENCY RELIEF REQUESTED

## COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response          ☐ **Standard** - Trial within 18 months of Defendant's response

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | | |
|---|---|---|
| ☐ | Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ | Civil-Short | Trial 210 days from first answer. |
| ☐ | Civil-Standard | Trial 360 days from first answer. |
| ☐ | Custom | Scheduling order entered by individual judge. |
| ☐ | Asbestos | Special scheduling order. |
| ☐ | Lead Paint | Fill in: Birth Date of youngest plaintiff..................................... . |
| ☐ | Tax Sale Foreclosures | Special scheduling order. |
| ☐ | Mortgage Foreclosures | No scheduling order. |

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | | |
|---|---|---|
| ☐ | Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ | Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ | Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ | Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

8/2/2022
Date

4610 Elm Street
Address

Bethesda          MD          20815
City          State          Zip Code

*Signature of Counsel / Party*

Elizabeth L. Farley, Esq.
Printed Name

CC-DCM-002 (Rev. 04/2017)          Page 3 of 3